B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Oregon

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Radio Design Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **93-1099478** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **8925 Rogue River Hwy** **Grants Pass, OR** ZIP Code **97527** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Radio Design Group, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Radio Design Group, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  **/s/ Julia I. Manela**
Signature of Attorney for Debtor(s)

  **Julia I. Manela 023771**
Printed Name of Attorney for Debtor(s)

  **The Scott Law Group**
Firm Name

  **497 Oakway Road, Suite 245**
  **Eugene, OR 97401**

Address

  **541-868-8005  Fax: 541-868-8004**
Telephone Number

  **July 24, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Alan Young**
Signature of Authorized Individual

  **Alan Young**
Printed Name of Authorized Individual

  **Chief Operating Officer**
Title of Authorized Individual

  **July 24, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re  **Radio Design Group, Inc.**  
　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Arrow Electronics**<br>**PO Box 742772**<br>**File 21174**<br>**Los Angeles, CA 90074-2772** | **Annette Caviness**<br>**Arrow Electronics**<br>**PO Box 742772**<br>**Los Angeles, CA 90074-2772**<br>**acaviness@arrow.com** | **Business Debt:Inventory Purchase** | | **20,217.68** |
| **Business Development Department**<br>**775 Summer Street NE Suite 200**<br>**Salem, OR 97301-1280** | **Business Development Department**<br>**775 Summer Street NE Suite 200**<br>**Salem, OR 97301-1280**<br>**503-986-0123** | **Business debt** | | **101,767.30** |
| **Clifford Consulting, Inc.**<br>**Kelly M. Clifford**<br>**636 Great Road**<br>**Stow, MA 01775** | **Kelly Clifford**<br>**Clifford Consulting, Inc.**<br>**Kelly M. Clifford**<br>**636 Great Road**<br>**Stow, MA 01775**<br>**Kelly@cliffordcons.com** | **Business Debt: Professional services** | | **59,788.13** |
| **Digi-Key Corporation**<br>**Accounts Receivable**<br>**P.O. Box 250**<br>**THIEF RIVER FALLS, MN 56701** | **Ronald Stordahl**<br>**Digi-Key Corporation**<br>**Accounts Receivable**<br>**P.O. Box 250**<br>**THIEF RIVER FALLS, MN 56701**<br>**800-858-3616** | **Business Debt:Inventory Purchase** | | **9,354.73** |
| **EMTEC Engineering**<br>**16840 Joleen Way**<br>**Bldg. F-1**<br>**Morgan Hill, CA 95037** | **Sylvia Wallace**<br>**EMTEC Engineering**<br>**16840 Joleen Way**<br>**Morgan Hill, CA 95037**<br>**s.wallace@emtec.com** | **Business Debt:Inventory Purchase** | | **8,549.75** |
| **Evergreen Business Capital**<br>**P.O. Box 40081**<br>**Eugene, OR 97404** | **Evergreen Business Capital**<br>**P.O. Box 40081**<br>**Eugene, OR 97404** | **Business debt** | | **196,923.09** |
| **H&T Global Circuits**<br>**PO Box 17744**<br>**Clearwater, FL 33762** | **Kim Bartlett**<br>**H&T Global Circuits**<br>**PO Box 17744**<br>**Clearwater, FL 33762**<br>**kimb@htglobalcircuits.com** | **Business Debt:Inventory Purchase** | | **16,700.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Radio Design Group, Inc.**                           Case No. _____
　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hi-Tek Electronics<br>PO Box 13105<br>Salem, OR 97309 | Joy Lisak<br>Hi-Tek Electronics<br>PO Box 13105<br>Salem, OR 97309<br>joyL@hitekquality.com | Business Debt:Inventory Purchase | | 9,302.96 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Susan Lathrop<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>541-342-8716 | Business Debt: Payroll tax | | 180,220.09 |
| John Hancock Life Insurance Company USA<br>Retirement Plan Services<br>PO Box 600<br>Buffalo, NY 14201-0600 | John Hancock Life Insurance Company USA<br>Retirement Plan Services<br>PO Box 600<br>Buffalo, NY 14201-0600 | Safe Harbor obligation regarding employee benifits | | 25,965.50 |
| Masque Sound<br>Attn: Geoff Shearing<br>21 East Union Ave<br>East Rutherford, NJ 07073 | Geoff Shearing<br>Masque Sound<br>Attn:Geoff Shearing<br>21 East Union Ave<br>East Rutherford, NJ O7073<br>GeoffShearing@masquesound.com | Business Debt: Loan Payment | | 1,577,819.00 |
| Mercury United Electronics, Inc.<br>9299 9th St.<br>Rancho Cucamonga, CA 91730 | Mercury United Electronics, Inc.<br>9299 9th St.<br>Rancho Cucamonga, CA 91730<br>909-466-0427 | Business Debt:Inventory Purchase | | 21,500.00 |
| Micro Lambda Wireless, Inc<br>46515 Landing Parkway<br>Fremont, CA 94538 | Mai Lam<br>Micro Lambda Wireless, Inc<br>46515 Landing Parkway<br>Fremont, CA 94538<br>mlam@microlambdawireless.com | Business Debt:Inventory Purchase | | 81,350.00 |
| NCAB Group, USA<br>10 Starwood Drive<br>Hampstead, NH 03841 | Heather Nachampassak<br>NCAB Group, USA<br>10 Starwood Drive<br>Hampstead, NH 03841 | heather.nachampassak@ncabgroupusa.com; Business Debt:Inventory Purchase | | 16,662.40 |
| Northwest EMC Inc.<br>22975 NW Evergreen Pkwy<br>Suite 400<br>Hillboro, OR 97124 | Tammy Brandon<br>Northwest EMC Inc.<br>22975 NW Evergreen Pkwy<br>Hillboro, OR 97124<br>tbrandon@nwemc.com | Business Debt:Inventory Purchase | | 23,712.50 |
| Oregon Department of Revenue<br>Attn: ODR Bkcy<br>955 Center NE<br>Salem, OR 97301-2555 | Oregon Department of Revenue<br>Attn: ODR Bkcy<br>955 Center NE<br>Salem, OR 97301-2555 | Business Debt: Payroll tax | | 55,329.97 |

B4 (Official Form 4) (12/07) - Cont.
In re   **Radio Design Group, Inc.**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SOREDI** c/o Alex Pawlowski 100 E Main St. Suite A Medford, OR 97501 | **SOREDI** c/o Alex Pawlowski 100 E Main St. Medford, OR 97501 | **Secured by Schedule B minus the Chevy** | | 157,013.79 (0.00 secured) |
| **TTI, Inc.** PO Drawer 99111 Fort Worth, TX 76199 | Alice Alkire **TTI, Inc.** PO Drawer 99111 Fort Worth, TX 76199 alice.alkire@ttiinc.com | **Business Debt:Inventory Purchase** | | 16,433.26 |
| **U.S. Small Business Administration** Portland District Office 1515 S. W. Fifth Ave Suite 1050 Portland, OR 97201-5494 | **U.S. Small Business Administration** Portland District Office 1515 S. W. Fifth Ave Portland, OR 97201-5494 | 8925 Rogue River Highway Rogue River, OR 97537 (Value based on 2014 Jackson County Tax Assessment) | | 2,018,237.00 (4,988,180.00 secured) (3,070,059.09 senior lien) |
| **Vigilant Services, Inc. TPA** PO Box 6 Mukilteo, WA 98275 | Mary Fortson **Vigilant Services, Inc. TPA** PO Box 6 Mukilteo, WA 98275 mfortson@bsitpa.com | **Business Debt: Employee Insurance** | | 19,867.11 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 24, 2014**                    Signature   **/s/ Alan Young**
                                                        **Alan Young**
                                                        **Chief Operating Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Julia I. Manela OSB #023771
THE SCOTT LAW GROUP
497 Oakway Road, Suite 245
Eugene, OR  97401
Telephone: 541-868-8005
Facsimile:  541-868-8004
manela@scott-law-group.com
Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 14- |
|---|---|
| Radio Design Group, Inc., | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |

     I hereby certify that on the 24th day of July 2014, I directed my staff to serve full and complete copies of the following:

1. List of Creditors Holding 20 Largest Unsecured Claims; and
2. Self-adhesive labels for the debtor, parties designated to perform the debtor's duties, debtor's attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

        Office of the U.S. Trustee
        Wayne L. Morse Courthouse
        405 East 8th Avenue, Suite 1100
        Eugene, OR 97401

                             THE SCOTT LAW GROUP

                             By: /s/ Julia I. Manela
                                 Julia I. Manela OSB #023771
                                 Of Attorneys for Radio Design Group, Inc.

# United States Bankruptcy Court
### District of Oregon

In re   **Radio Design Group, Inc.**                                    Case No.
                                             Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 24, 2014**                    **/s/ Alan Young**
                                             **Alan Young**/**Chief Operating Officer**
                                             Signer/Title

.

4Boxers
1240 Eureka Circle
Medford, OR 97504


AFCEA
4400 Fair Lakes Court
Fairfax, VA 22033-3899


Arrow Electronics
PO Box 742772
File 21174
Los Angeles, CA 90074-2772


AT&T
POBox 105068
Atlanta, GA 30348


Avista Utilities
1411 E. Mission Ave.
SPOKANE, WA 99252


Avnet Electronics Marketing
PO Box 70390
Chicago, IL 60673-0390


Business Development Department
775 Summer Street NE Suite 200
Salem, OR 97301-1280


Capital 1 Bank
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130


Century Link T-41
P.O. Box 91155
SEATTLE, WA 98111


Century Link T-41
P.O. Box 91155
SEATTLE, WA 98111-9255

Clifford Consulting, Inc.
Kelly M. Clifford
636 Great Road
Stow, MA 01775


CML Microcircuits (USA), Inc.
PO Box 890496
Charlotte, NC 28289-0496


Component Distributors
PO Box 13017
Denver, CO 80201-3017


Corporation Service Company
285 Liberty St. NE
Salem, OR 97301


Digi-Key Corporation
Accounts Receivable
P.O. Box 250
THIEF RIVER FALLS, MN 56701


Electro Rent Corporation
Attn: Financial Services Office
6060 Sepulveda Blvd.
Van Nuys, CA 91411-2525


Electro Rent Corporation
c/o Annie Tawarotip
6060 Sepulveda Blvd.
Van Nuys, CA 91411-2525


Elma Electronics
44350 Grimmer Blvd
Fremont, CA 94538


EMTEC Engineering
16840 Joleen Way
Bldg. F-1
Morgan Hill, CA 95037


Evergreen Business Capital
P.O. Box 40081
Eugene, OR 97404

Fastenal
1470 S.E. M St.
Grants Pass, OR 97526


Foster Denman LLP
3521 East Barnett Rd
PO Box 1667
Medford, OR 97501


Future Electronics, International
3255 Paysphere Circle
Chicago, IL 60674


Gold Hill Irrigation District
PO Box 785
Rogue River, OR 97537


Grayhill
561 Hillgrove Ave
La Grange, IL 60525


H&T Global Circuits
PO Box 17744
Clearwater, FL 33762


Heiland Electronics
C/O Bank of America
Lock Box 41117
Los Angeles, CA 90074


Hewlett-Packard Financial Services Co.
200 Connell Drive
Berkeley Heights, NJ 07922


Hi-Tek Electronics
PO Box 13105
Salem, OR 97309


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jackson County Courthouse
10 South Oakdale Ave, Room 300
Medford, OR 97501


James and Kirsten Hendershot
3810 Almar Rd.
Grants Pass, OR 97527


James R Hendershot
1829 Hubbard Ln
Grants Pass, OR 97527


John Hancock Life Insurance Company USA
Retirement Plan Services
PO Box 600
Buffalo, NY 14201-0600


Jonathan Engineered Solutions
File# 53547
Los Angeles, CA 90074


JPMorgan Chase Bank, NA
c/o John Thomas
511 SW 10th Ave.
Suite 400
Portland, OR 97205-3623


JPMorgan Chase Bank, NA
Portland Business Banking LPO
811 SW 6th Avenue
Suite 200
Portland, OR 97204


JPMorgan Chase Bank, NA
Collateral Mgmt Small Business
P.O. Box 33035
Louisville, KY 40232-9891


Kilo Intl
1753 West 1250 South
Orem, UT 84058


LXD
7630 First Place
Oakwood, OH 44146

Masque Sound
Attn: Geoff Shearing
21 East Union Ave
East Rutherford, NJ 07073


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Mercury United Electronics, Inc.
9299 9th St.
Rancho Cucamonga, CA 91730


Micro Lambda Wireless, Inc
46515 Landing Parkway
Fremont, CA 94538


Mouser Electronics, Inc.
P.O. Box 99319
Fort Worth, TX 76199


NCAB Group, USA
10 Starwood Drive
Hampstead, NH 03841


Nelson-Miller, Inc.
2800 Casitas Ave
Los Angeles, CA 90039


Newark In One
PO Box 94151
Palatine, IL 60094


Northwest EMC Inc.
22975 NW Evergreen Pkwy
Suite 400
Hillboro, OR 97124


Oregon Department of Revenue
Attn: ODR Bkcy
955 Center NE
Salem, OR 97301-2555

Oregon Swiss Precision, Inc.
2143 N.E. Spalding
Grants Pass, OR 97526


Pacific Power
1033 N.E. 6th Avenue
PORTLAND, OR 97256-0001


Peterson Power Systems
PO Box 2218
San Leandro, CA 94577


Precison Paper Company
400 Industrial Circle
White City, OR 97503


PSC Electronics
2037 Calle Del Mundo
Santa Clara, CA 95054


R.S. Hughes
5916 NE 112th Ave
Portland, OR 97220


Richardson Electronics
25457 Network Place
Chicago, IL 60673-1254


S.M. Electronics
460 South Hwy 5
Fairview, TX 75069


SOREDI
c/o Alex Pawlowski
100 E Main St.
Suite A
Medford, OR 97501


Steven K Linkon
Routh Crabtree Olsen PS
13555 SE 36th St.
Suite 300
Bellevue, WA 98006-1489

TTI, Inc.
PO Drawer 99111
Fort Worth, TX 76199


U-LINE
2200 South Lakeside Drive
Waukegan, IL 60085


U.S. Small Business Administration
Portland District Office
1515 S. W. Fifth Ave
Suite 1050
Portland, OR 97201-5494


U.S. Small Business Administration
262 Black Gold Blvd.
Hazard, KY 41701


U.S. Small Business Administration
ARC Loan
6501 Sylvan Raod, #100
Citrus Heights, CA 95610


Underwriters Laboratories Inc.
PO Box 75330
Chicago, IL 60675


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Vigilant Services, Inc. TPA
PO Box 6
Mukilteo, WA 98275


Wells Fargo
Business Direct Operations
Attn: Customer Service
P.O. Box 348750
Sacramento, CA 95834