# United States Bankruptcy Court
### District of Oregon

In re   **Radio Design Group, Inc.**                                          Case No.
                                    Debtor(s)                                 Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Radio Design Group, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 24, 2014** | **/s/ Julia I. Manela** |
| Date | **Julia I. Manela 023771** |
| | Signature of Attorney or Litigant |
| | Counsel for **Radio Design Group, Inc.** |
| | **The Scott Law Group** |
| | **497 Oakway Road, Suite 245** |
| | **Eugene, OR 97401** |
| | **541-868-8005  Fax:541-868-8004** |